# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | |
|---|---|
| IN RE: § | CASE NUMBER: 13-10171 |
| CHARLIE DWAYNE HORN, JR. AND § | |
| SHERRIE LYNN HORN § | |
| DEBTOR(S) § | CHAPTER 13 |
| § | |
| HSBC BANK USA, NATIONAL ASSOCIATION, § | |
| AS TRUSTEE, IN TRUST FOR THE § | |
| REGISTERED HOLDERS OF ACE § | |
| SECURITIES CORP., HOME EQUITY LOAN § | |
| TRUST, SERIES 2005-HE4, ASSET BACKED § | |
| PASS-THROUGH CERTIFICATES ITS § | |
| SUCCESSORS IN INTEREST AND/OR § | |
| ASSIGNS, MOVANT § | |
| § | |
| VS. § | |
| § | |
| CHARLIE DWAYNE HORN, JR. AND § | |
| SHERRIE LYNN HORN, § | |
| RESPONDENTS § | |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

**BANKRUPTCY CASE NO.** 13-10171

**DEBTOR** CHARLIE DWAYNE HORN, JR. AND SHERRIE LYNN HORN

**HEARING DATE** July 2, 2014

**TIME** 11:00 A.M.

**LOCATION** Room 2201, 3rd and Pine
Abilene, Texas 79601

Respectfully Submitted,

By: _____
Christina L. Garcia / TBN 24055522
Email chgarcia@logs.com
Rachel Sherman / NYBN 4295127
Email rsherman@logs.com
Shapiro Schwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone 713-933-1577
Facsimile (847)879-4856
Attorneys for Movant,
Select Portfolio Servicing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing was served on all persons filing a Notice of Appearance, Request for Notices, or a Proof of Claim by CM/ECF delivery, and on the parties listed below, at the addresses indicated, via CM/ECF delivery or by deposit in the United States Mail, first-class postage pre-paid on June 10, 2014.

DEBTOR(S):
Charlie Dwayne Horn, Jr.
757 Chanticleers
Abilene, TX 79602

Sherrie Lynn Horn
757 Chanticleers
Abilene, TX 79602

DEBTOR'S ATTORNEY:
Monte J. White & Associates, P.C.
Monte White
402 Cypress, Ste. 310
Abilene, TX 79601

BANKRUPTCY TRUSTEE:
WALTER OCHESKEY
6308 Iola Avenue
Lubbock, TX 79424

U.S. TRUSTEE:
US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

By: _____
Christina L. Garcia / TBN 24055522
Email chgarcia@logs.com
Rachel Sherman / NYBN 4295127
Email rsherman@logs.com
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone:  (713)462-2565
Facsimile: (847)879-4856
Attorneys for Movant
Select Portfolio Servicing, Inc.